No. 02–7544. RICHARDS v. ROSE. Sup. Ct. Va. Certiorari denied.

No. 02–7545. RODES v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 02–7547. JENKINS v. FAIRMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7549. TURNPAUGH v. MICHIGAN. Cir. Ct. Mich., Genesee County. Certiorari denied.

No. 02–7551. COOPER v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7555. CATALDO v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7556. TERRY ET AL. v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–7560. HERNANDEZ, AKA GUADALUPE FRANCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7564. FAIR v. CITY OF GRESHÁM, OREGON. C. A. 9th Cir. Certiorari denied.

No. 02–7566. WOOTTEN v. FORTUNE BRANDS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–7567. WHITE v. DAYCO. C. A. 4th Cir. Certiorari denied.

No. 02–7569. WILKERSON v. SPRINGFIELD PUBLIC SCHOOL DISTRICT No. 186. C. A. 7th Cir. Certiorari denied.

No. 02–7570. DA WEN YU v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–7571. WEISS v. QVC, INC. C. A. 9th Cir. Certiorari denied.